# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHARLES S. RENCHENSKI, | : | No. 71 WM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| ET AL, SUPERINTENDENT S.C.I. COAL | : | |
| TWSP, ET AL, ATTORNEY GENERAL | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Motion for Court Order of Immediate Release are DENIED.